**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**


In Re Deborah Nahra⎯⎯⎯⎯⎯⎯ : Case No. 19-57548

⎯⎯⎯⎯ : Chapter 13

Debtor(s) : Judge ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯


## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR


Axcess Financial/Check N Go hereby gives notice that its address, as it relates to Proof(s)

of Claim Number(s) 5 , is changed as follows:


**NOTICE ADDRESS:**          **PAYMENT ADDRESS:**

PO Box 36124                 PO Box 36124

Cincinnati OH 45236          Cincinnati OH 45236



Prepared by:

Angela Auburn
Name

Bankruptcy Support Specialist
Title
Axcess Financial/Check N Go
Address

PO Box 36124
Cincinnati OH 45236